RECEIVED
IN LAKE CHARLES, LA

DEC 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-20088-001 |
| --- | --- | --- |
| VERSUS | * | JUDGE MINALDI |
| KEN NGUYEN | * | MAGISTRATE JUDGE WILSON |

## PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, in Count Two of the Indictment, the United States sought forfeiture of the following assets, pursuant to 21 U.S.C. § 853:

- $5,000,000.00 in drug proceeds; and
- 2003 Acura automobile, Texas license plate: P13 XJL, VIN: 19UUA56883A004872.

as property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of his drug violations, or as property used, in any manner or part, to facilitate the commission of said violations.

**AND WHEREAS**, on November 28, 2006, KEN NGUYEN pled guilty to Count One of the Indictment and entered into a Consent Decree of Forfeiture. In the plea agreement and Consent Decree of Forfeiture, the defendant, KEN NGUYEN, agreed to forfeit to the United States the aforementioned assets.

**THEREFORE**, the United States is entitled to an Order of Forfeiture of said assets.

## ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That, pursuant to 21 U.S.C. § 853, all right, title, and interest of the defendant, KEN NGUYEN to the above described assets are forfeited to the United States.

2. That, pursuant to 21 U.S.C. § 853(n), the United States Marshal forthwith shall publish once for three (3) consecutive weeks in a newspaper of general circulation, notice of this Order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, KEN NGUYEN, having or claiming a legal interest in the forfeited property must file a petition with this Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property; shall be signed by the petitioner under penalty of perjury; and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petition's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture, as a substitute for published notice as to those persons so notified; and,

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

THUS ORDERED AND SIGNED this 19 day of December, 2006, at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge