RECEIVED
IN LAKE CHARLES, LA
MAY 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * CRIMINAL NO. 05-20088-01 |
|---|---|
| VERSUS | * JUDGE MINALDI |
| KEN NGUYEN | * MAGISTRATE JUDGE WILSON |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on December 22, 2006, this Court entered an Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the Plea Agreement and Consent Decree of Forfeiture entered by the defendant;

AND WHEREAS, on January 26, February 2 and 9 of 2007, the United States published in The Lake Charles American Press, a Lake Charles newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's December 22, 2006 Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to:

1. $5,000,000.00 in drug proceeds; and

2. 2003 Acura automobile, Texas license plate P13 XJL, VIN: 19UUA56883A004872.

which the defendant, KEN NGUYEN, stipulated was property traceable to the drug trafficking violations to which he pled guilty, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law by the U.S. Marshal for the Western District of Louisiana.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

SO ORDERED this 21 day of May 2007 at Lake Charles, Louisiana.

PATRICIA MINALDI
United States District Judge

2